# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00255-CDS-EJY |
|---|---|
| Plaintiff, | **Order for Issuance of Writ of Habeas Corpus *Ad Prosequendum* for Defendant Martin de Santiago** |
| v. | |
| MARTIN DE SANTIAGO, a/k/a "Doofey," | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus *Ad Prosequendum* issue out of this Court, directing the production of the body of Martin de Santiago, a/k/a/ "Doofey," before the United States District Court at Las Vegas, Nevada, on or before April 18, 2024, at 3:00 p.m., in Courtroom 6B before Judge Christina D. Silva, for a sentencing hearing and hearing on revocation of pretrial release.

DATED: April 11, 2024

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN DE SANTIAGO,<br>a/k/a "Doofey,"<br><br>　　　　　Defendant. | Case No.: 2:22-cr-00255-CDS-EJY<br><br>**Writ of Habeas Corpus**<br>*Ad Prosequendum* **for Defendant Martin de Santiago** |

TO:　CITY OF LAS VEGAS DETENTION CENTER
　　　LAS VEGAS, NEVADA
　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S

WE COMMAND that you present the body of Martin de Santiago detained in the custody of the City of Las Vegas Detention Center, Las Vegas, Nevada, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or before April 18, 2024, at 3:00 p.m., in Courtroom 6B before Judge Christina D. Silva, for a sentencing hearing and hearing regarding the revocation of de Santiago's pretrial release; and that you shall thereafter return **Martin de Santiago**, to the custody of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

the City of Las Vegas Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED:  April 11, 2024

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

ATTEST: _____, Clerk          DATED:
United States District Court

_____
          Deputy

2